USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONDINA JUANES,

Plaintiff,

-against-

GJ KBBQ CORP., and JOHN SHIM,

Defendants.

26 Civ. 2647 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 27, 2026, Plaintiff moved to transfer venue from this Court to the District Court for the Eastern District of New York. *See* ECF No. 10. Although Plaintiff reports being in contact with defense counsel, the letter does not state whether Defendants consent to the transfer, and the Court is hesitant to accept Plaintiff's one-sided representation, absent more. Accordingly, by **August 3, 2026**, Plaintiff shall indicate whether Defendants consent to the requested transfer.

SO ORDERED.

Dated: July 29, 2026
New York, New York

ANALISA TORRES
United States District Judge